IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wendle Murphy, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  12 C 3007 |
| ) | |
| CIGPF I Corp., a New York corporation, ) | Judge Chang |
| American Coradius International, LLC, a ) | |
| Delaware limited liability company, and ) | |
| Client Services, Inc., a Missouri ) | |
| corporation. ) | |
|     Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's claims against the Defendants, hereby stipulate to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  June 12, 2012

/s/ David J. Philipps_____  
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)  
Mary E. Philipps  (Ill. Bar No. 06197113)  
Philipps & Philipps, Ltd.  
9760 S. Roberts Road, Suite One  
Palos Hills, Illinois 60465

/s/ Nicole Barrett_____  
One of Defendants CIGPFI's and ACI's Attorneys

Nicole Barrett       (Ill. Bar No. 6289012)  
Sessions, Fishman, Nathan & Israel, LP  
55 West Monroe  
Suite 1120  
Chicago, Illinois 60603

/s/ Matthew J. Aplington_____  
One of Defendant Client Services, Inc.'s Attorneys

Matthew J. Aplington (Ill. Bar No. 6294199)  
The Lowenbaum Partnership, LLC  
222 S. Central Avenue  
Suite 901  
St. Louis, Missouri 63105

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

_____
Judge Edmond E. Chang,
United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2012, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nicole Barrett                                           nbarrett@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLP
55 West Monroe
Suite 1120
Chicago, Illinois 60603

Matthew J. Aplington                          maplington@lowenbaumlaw.com
The Lowenbaum Partnership, LLC
222 S. Central Avenue
Suite 901
St. Louis, Missouri 36105

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com